UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**

SEP 05 2019

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                     INDICTMENT NO. 5:19CR-156-KKC

CRYSTAL R. BROTHERTON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNTS 1-3
## 18 U.S.C. § 844(e)

On or about June 20, 2019, and continuing through on or about June 21, 2019, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CRYSTAL R. BROTHERTON**

through the use of a cellphone, an instrument of interstate commerce, willfully made a threat to kill, injure and intimidate other individuals and to unlawfully damage and destroy a building or other real or personal property by means of fire or explosive, in an affecting interstate or foreign commerce:

| Count | Date | Time | Description of Communication |
|---|---|---|---|
| 1 | June 20, 2019 | 2:26pm | Brotherton told 911 operator "there's a bomb" at multiple businesses at an intersection off of New Circle Rd. "They're going to go off in 15 minutes unless the |

|   |   |   | buildings are evacuated. . . . [E]veryone will die." |
|---|---|---|---|
| 2 | June 21, 2019 | 1:01pm | In a disguised electronic voice Brotherton told the 911 operator: "Yesterday was just a test. Obviously, the cops didn't find the bombs, but they're there." Brotherton demanded the same businesses be closed all weekend. "If they open their doors before Monday, me and my associates will set off the bombs. We will then go to UK and open fire." |
| 3 | June 21, 2019 | 1:46pm | Brotherton told the 911 operator: "Yesterday was a test. Today everyone will die. They didn't find the bombs yesterday, they will today." She added that every business mentioned at the New Circle Road intersection "needs to be evacuated and stay that way until Monday, or we will go to the UK campus and open fire." |

All in violation of 18 U.S.C. § 844(e).

**A TRUE BILL**

*/s/ Robert M. Duncan, Jr.*

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-3:**   Imprisonment for not more than 10 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:**   Mandatory special assessment of $100.

**PLUS:**   Restitution, if applicable.