✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF KENTUCKY

USA

V.

Crystal R. Brotherton

**EXHIBIT AND WITNESS LIST**

Case Number: 5:19-cr-156-KKC-EBA

| PRESIDING JUDGE<br>Edward B. Atkins | PLAINTIFF'S ATTORNEY<br>William P. Moynahan | DEFENDANT'S ATTORNEY<br>John W. Oakley, II |
|---|---|---|
| TRIAL DATE (S)<br>Detention Hearing 9/18/2019 | COURT REPORTER<br>Audio File | COURTROOM DEPUTY<br>Janet McLemore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 9/18/2019 | | | WITNESS: Lexington Police Officer David Chumley |
| | W1 | 9/18/2019 | | | WITNESS: Ashley Sparks |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages